FIDELITY UNION TRUST CO. v. FLORENCE ROOME.

February 9, 1981.

Petition for certification denied.

SHARON E. BEN–LEVI v. MICHAEL BEN–LEVI.

February 9, 1981.

Petition for certification denied.

ROBERT W. MEYER v. BOARD OF EDUCATION OF THE TOWNSHIP OF PARSIPPANY–TROY HILLS.

February 9, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. GOERGE MARTIN.

February 9, 1981.

Petition for certification denied.